[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 28, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15260
Non-Argument Calendar

_____

D. C. Docket No. 92-00236-CR-J-25-JRK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HERLITZ M. VANZIE,
a.k.a. Stevie Wilburn,
a.k.a. Santonien Flowers,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 28, 2009)

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Herlitz M. Vanzie in this 18 U.S.C. § 3582(c)(2) appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of § 3582(c)(2) relief is **AFFIRMED**.[1]

---

[1] Vanzie's *pro se* Motion to Deny *Ander's* Brief Filed by Court-appointed Counsel and Motion to Substitute Counsel is **denied**.